The Mid-City National Bank of Chicago, a National Banking Association, Appellee, v. John Gray and Louverta Gray, Appellants.

Gen. No. 47,039. 

First District, First Division.

March 12, 1957.

Released for publication May 2, 1957.

Howard T. Savage, for appellants; Gustav E. Beerly, Jr., for appellee, Gustav E. Beerly, Jr., of counsel. Opinion by JUDGE BURKE. Not to be published in full.